210 So.2d 54

## FREESTATE INDUSTRIAL DEVELOPMENT COMPANY

v.

**T & H, INC. and City of Shreveport.**

No. 49231.

May 17, 1968.

In re: T & H, Inc., and the City of Shreveport applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 209 So.2d 568.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

210 So.2d 55

**Mrs. Sheba L. Oswald WAPPLER**

v.

**Mrs. Georgia Marie Clarke BRAUCHT et vir.**

No. 49236.

May 17, 1968.

In re: Mrs. Sheba L. Oswald Wappler applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 209 So.2d 603.

Application not considered having been filed too late.